AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

CHARLES EUGENE HUTCHISON,

    Petitioner,

V.

WARDEN JACK PALMER, et al.,

    Respondents.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:11-CV-00034-LRH-VPC**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the amended petition for writ of habeas corpus (Docket #6) is DISMISSED WITH PREJUDICE as untimely. NO CERTIFICATE OF APPEALABILITY SHALL ISSUE.

    4/8/2011                                      **LANCE S. WILSON**
                                                                      Clerk

                                                                      /s/ P. McDonald
                                                                     Deputy Clerk